THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PEASE & ELLIMAN, INC., Appellant.

*People* v. *Pease & Elliman, Inc.*, 173 App. Div. 752, affirmed.
(Argued October 30, 1916; decided December 5, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 10, 1916, which affirmed a judgment of the court of Special Sessions of the city of New York convicting the defendant of a violation of section 79-b of the Labor Law in failing to provide two means of exit and escape from fire on each floor of a building.

*Alfred H. Holbrook* for appellant.

*Edward Swann*, District Attorney (*Robert S. Johnstone* of counsel), for respondent.

*W. H. L. Edwards, Richard S. Holmes, Richard Ely* and *George W. Olvany* for intervenors.

*Per Curiam.* We think the defendant's objection to the information must fail. The other questions argued in the briefs and at our bar we are without jurisdiction to determine. They are not presented by any exception, for there was no motion at the close of the case for the acquittal of the defendant (*People* v. *Bresler,* 218 N. Y. 567). We are, therefore, without power to determine upon this record whether section 79-b of the Labor Law has been properly construed.

The judgment should be affirmed.

WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, CARDOZO and POUND, JJ., concur.

Judgment affirmed.